UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY COMPANY,<br>CNA GROUP LIFE INSURANCE COMPANY,<br>CNA, THE HARTFORD FINANCIAL<br>SERVICES GROUP, INC., HARTFORD<br>LIFE GROUP INSURANCE COMPANY,<br>WELLPOINT HEALTH NETWORKS LONG<br>TERM GROUP DISABILITY PLAN,<br>WELLPOINT HEALTH NETWORKS INC.<br>SHORT-TERM DISABILITY PLAN, and<br>WELLPOINT HEALTH NETWORKS INC.<br>LONG-TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | 2:05-cv-01635-GEB-JFM<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

　　　　Plaintiff's status report filed October 31, 2005, indicates this case is not ready to be fully scheduled. Therefore, the Status (Pretrial Scheduling) Conference currently scheduled for November 14,

/////

/////

/////

1

1  2005, is continued to December 12, 2005, at 9:00 a.m.  A joint status
2  report shall be filed no later than November 28, 2005.[1]
3
4          IT IS SO ORDERED.
5  DATED:  November 7, 2005
6                                  /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
7                                  United States District Judge

---

[1]     The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to file a status report in accordance with this Order.  In the event a party or parties fail to participate as ordered, the party submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2